OFFICE OF DISCIPLINARY
COUNSEL, Petitioner,

v.

**G. Eugene BEECHWOOD,
Jr., Respondent.**

**No. 101 Disciplinary Docket No. 3.**

Supreme Court of Pennsylvania.

Submitted Feb. 1, 1999.
Decided Feb. 24, 1999.

Samuel D. Miller, III, Blue Bell, for Disciplinary Bd.

G. Eugene Beechwood, Jr., Pro Se.

Before FLAHERTY, C.J., and ZAPPALA, CAPPY, CASTILLE, NIGRO, NEWMAN and SAYLOR, JJ.

*O R D E R*

PER CURIAM:

Upon consideration of the Report and Recommendations of the Disciplinary Board dated November 13, 1997, and the briefs filed, it is hereby

ORDERED that G. Eugene Beechwood, Jr., be and he is disbarred from the Bar of

this Commonwealth, retroactive to March 31, 1995, and he shall comply with all the provisions of Rule 217, Pa.R.D.E. It is further ORDERED that respondent shall pay costs to the Disciplinary Board pursuant to Rule 208(g), Pa.R.D.E.